# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FIRST BAPTIST CHURCH OF SATSUMA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MT. HAWLEY INSURANCE COMPANY**<br><br>**Defendant.** | **CIVIL ACTION FILE NO.**<br>**1:23-cv-11031**<br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 26(a) EXPERT DISCLOSURE FOR EDUARD BADIU

COMES NOW Plaintiff, First Baptist Church of Satsuma, by and through the undersigned counsel, and hereby discloses, pursuant to Fed. R. Civ. Pro. 26(a)(2)(B) the following expert:

1. Eduard Badiu
   CeBB Engineering & Testing Co.
   745 Shotgun Road
   Sunrise, FL 33326
   954-581-7115

Mr. Baidu's Rule 26(a)(2)(B) report is too large to enclose with this electronic filing and is thus being provided at the below link which is also being emailed to all counsel of record.

https://www.dropbox.com/scl/fo/qgk512zsmny3dq5sr4sam/AKTVXfBpWmPBT3eOQVnalPc?rlkey=k1jospa33mm1pllvjumqx2nja&st=kwaxc8kk&dl=0

Plaintiff reserves the right to supplement Mr. Baidu's disclosure and report upon receipt of additional information related to the loss.

Respectfully submitted this 18th day of April, 2024.

                        **MORGAN & MORGAN**

                        */s/ Max Compton*

                        _____
                        William Maxwell Compton
                        Admitted *pro hac vice*
                        Attorney for *Plaintiff*

200 Stephenson Ave., Suite 200
Savannah, GA 31405
Direct:  912-443-1017
Fax:  912-443-1184
MCompton@forthepeople.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the foregoing **EXPERT DISCLOSURE FOR EDUARD BAIDU** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

**MORGAN & MORGAN**

*/s/ Max Compton*
_____
William Maxwell Compton
Admitted *pro hac vice*
Attorney for *Plaintiff*

200 Stephenson Ave., Suite 200
Savannah, GA 31405
(912) 443-1017 (o)
(912) 443-1184 (f)
MCompton@forthepeople.com