UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST BAPTIST CHURCH OF SATSUMA,
                          Plaintiff,

   -against-

MT. HAWLEY INSURANCE COMPANY

                          Defendant.



1:23-cv-11031-KPF

**JOINT REQUEST TO APPEAR REMOTELY**

Dear Judge Failla:

The Parties hereby submit this joint request to appear remotely by videoconference or telephone at the pretrial conference set for January 2, 2025 at 2:30 pm in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007

Lead counsel for both Parties live and practice out of state. Counsel for Plaintiff practices in Florida and counsel for Defendant practices in Texas. Therefore, to avoid unnecessary costs of travel, the Parties respectfully request permission to appear remotely via videoconference or telephone.

This request will not affect any existing scheduling order deadlines.

Dated: December 26, 2024                 Respectfully Submitted,

                                              */s/ Richard L. Smith, III*
                                              GREG K. WINSLETT, *admitted pro hac vice*
                                              Texas State Bar No. 21781900
                                              RICHARD L. SMITH, III, *admitted pro hac vice*
                                              Texas State Bar No. 24098446
                                              **QUILLING, SELANDER, LOWNDS,**
                                              **WINSLETT & MOSER, P.C.**
                                              2001 Bryan Street, Suite 1800
                                              Dallas, Texas 75201
                                              (214) 871-2100
                                              (214) 871-2111 (Fax)
                                              gwinslett@qslwm.com

rlsmith@qslwm.com

MATTHEW KRAUS, ESQ. (MK0621)
ANDREW J. FURMAN
**CHARTWELL LAW**
One Battery Park Plaza, Suite 710
New York, New York 10004
(212) 785-0757
mkraus@chartwell.com
afurman@chartwelllaw.com

*ATTORNEYS FOR DEFENDANTS*

/s/ *William Maxwell Compton*
William Maxwell Compton
Morgan & Morgan
200 Stephenson Ave., Suite 200
Savannah, GA 31405
Telephone: (912) 443-1017
Fax: (912) 443-1184
mcompton@forthepeople.com

*ATTORNEY FOR PLAINTIFF*

Application GRANTED.  The conference currently scheduled for
**January 2, 2025, at 2:30 p.m.,** will be held remotely.  The parties
shall call (855) 244-8681 and enter access code 2315 780 7370.

The Court plans to address the motion to amend (Dkt. #41) and
response (Dkt. #42), the proposed summary judgment motion, and the
possibility of a settlement conference.

The Clerk of Court is directed to terminate the pending motion at
docket entry 45.

Dated:     December 27, 2024              SO ORDERED.
           New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE