**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FIRST BAPTIST CHURCH OF SATSUMA,
                        Plaintiff,

    -against-                                1:23-cv-11031-KPF

MT. HAWLEY INSURANCE COMPANY    **JOINT REQUEST TO ATTEND**
                                                        **MEDIATION REMOTELY**

                                    Defendant.

Dear Judge Figueredo:

The Parties hereby submit this joint request to appear remotely by videoconference or telephone at the mediation set for Thursday, January 30, 2025, at 2:30 pm in Courtroom 17-A of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Lead counsel for both Parties live and practice out of state. Counsel for Plaintiff practices in Florida and counsel for Defendant practices in Texas. Additionally, the party representatives for each party are located out of state. Plaintiff's party representatives are located in Alabama. Defendant's party representatives are located in Chicago. Therefore, to avoid unnecessary costs of travel, the Parties respectfully request permission to appear remotely via videoconference or telephone.

Dated: January 6, 2025                            Respectfully Submitted,

                                                        */s/ Richard L. Smith, III*
                                                        GREG K. WINSLETT, *admitted pro hac vice*
                                                        Texas State Bar No. 21781900
                                                        RICHARD L. SMITH, III, *admitted pro hac vice*
                                                        Texas State Bar No. 24098446
                                                        **QUILLING, SELANDER, LOWNDS,**
                                                        **WINSLETT & MOSER, P.C.**
                                                        2001 Bryan Street, Suite 1800
                                                       Dallas, Texas 75201
                                                       (214) 871-2100

(214) 871-2111 (Fax)
gwinslett@qslwm.com
rlsmith@qslwm.com

MATTHEW KRAUS, ESQ. (MK0621)
ANDREW J. FURMAN
**CHARTWELL LAW**
One Battery Park Plaza, Suite 710
New York, New York 10004
(212) 785-0757
mkraus@chartwell.com
afurman@chartwelllaw.com

*ATTORNEYS FOR DEFENDANTS*

**MORGAN & MORGAN**

*Max Compton*

William Maxwell Compton
Morgan & Morgan
501 Riverside Dr.
Suite 1200
Jacksonville, FL 32202
Telephone: (912) 443-1017
Fax: (912) 443-1184
mcompton@forthepeople.com

*ATTORNEY FOR PLAINTIFF*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 1/8/25

The relief requested herein is GRANTED. The parties are permitted to appear remotely for the upcoming settlement conference. Zoom information will be circulated to the parties closer to the date of the settlement conference.

The Clerk of Court is directed to terminate the motion at ECF No. 50.