UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST BAPTIST CHURCH OF SATSUMA,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>MT HAWLEY INSURANCE COMPANY,<br><br>                              Defendant. | 23 Civ. 11031 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 7, 2025, the Court was notified that the Settlement Conference in this matter was unsuccessful in resolving the case. Accordingly, the parties are **ORDERED** to propose a schedule for the submission of any supplemental briefing on Defendant's motion to amend its answer on or before **February 24, 2025**.

SO ORDERED.

Dated:  February 14, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge