**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FIRST BAPTIST CHURCH OF SATSUMA,

Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

Defendant.

---------------------------------------------------------------X

**23-CV-11031 (KPF)**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the parties' request at ECF No. 69, the settlement conference in this matter scheduled for September 16, 2026 is hereby rescheduled to **Monday, December 14, 2026 at 10 a.m.**, via Zoom. The parties are directed to make efforts to accommodate this date. The Zoom information will be e-mailed to the parties closer to the conference date. Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valeriefigueredo).

Pre-conference submissions must be submitted by e-mail to the Court no later than **December 7, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge